IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GEORGE L. BARNES,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MICHAEL PEEBLES, et al.,** )<br>)<br>Defendants. ) | Civil No. **08-797-JPG-CJP** |

### ORDER

**PROUD, Magistrate Judge:**

For good cause shown, plaintiff's Motions for Discovery (**Docs. 41 & 42**) are **DENIED**.

Plaintiff should note that discovery herein is stayed due to the filing of a motion raising failure to exhaust administrative remedies. Further, discovery requests are not to be filed with the Court. If and when the discovery stay is lifted, plaintiff should simply serve his discovery requests on defendants' attorneys.

**IT IS SO ORDERED.**

**DATED:** November 24, 2009.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**