IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GEORGE L. BARNES,** | ) |
| Plaintiff, | ) |
| v. | ) Civil No. **08-797-JPG-CJP** |
| **MICHAEL PEEBLES, et al.,** | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court are defendants' Motions to Compel directed to plaintiff.  (**Docs. 63 & 66**).  Plaintiff has not responded to either motion, and the time for doing so has now expired.

At the time suit was filed, plaintiff was an inmate in the custody of the IDOC.  He has since been released from prison.  Both motions state that copies were mailed to plaintiff at his address in Centralia, Illinois.

The Court deems the failure to respond to the motions to be an admission of the merits.  SDIL-LR 7.1.

For good cause shown, defendants' Motions to Compel (**Docs. 63 & 66**) are **GRANTED.**  Plaintiff is ordered to fully answer all of defendants' interrogatories, and to produce all documents requested by defendants by **June 18, 2010.**

**Plaintiff is cautioned that failure to participate in discovery, or to comply with the Federal Rules of Civil Procedure or this Court's orders will result in sanctions.  Such sanctions may include monetary penalties and/or the dismissal of this case.**

IT IS SO ORDERED.

DATED:    June 7, 2010.

s/ Clifford J. Proud
CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE