IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GEORGE L. BARNES,** | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil No. **08-797-JPG-CJP** |
| **MICHAEL PEEBLES, et al.,** | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Defendants have filed Motions for Sanctions in which they seeks sanctions on account of plaintiff's failure to respond to their discovery requests as previously ordered.  **(Docs. 69 & 70)**. Plaintiff filed a response in which he states that he has, in fact, responded to defendants' requests. **See, Doc. 71.**  As defendants have not filed replies to plaintiff's response, the Court assumes that defendants are satisfied with plaintiff's responses to their discovery requests.

Defendants' Motions for Sanctions **(Docs. 69 & 70)** are **DENIED**.

**IT IS SO ORDERED.**

**DATED:** August 17, 2010.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**