IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE L. BARNES,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL PEEBLES, et al.,<br><br>    Defendants. | Case No. 08-cv-797-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** judgment is entered in favor of defendants Michael Peebles, Sergeant James, and Robert Demitra and against plaintiff George L. Barnes on all claims. The case is **DISMISSED WITH PREJUDICE**.

**DATED: September 19, 2011**

                              **NANCY ROSTENGEL, CLERK**

                              **By:s/Deborah Agans, Deputy Clerk**

**Approved by:**

**s/ J. Phil Gilbert**

District Judge